IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                    PLAINTIFF

v.                           No. 3:15-cv-91-DPM-JJV

JOEY MARTIN, Jail Administrator, Poinsett
County Detention Center; and KIM MUSE,
Secretary, Poinsett County Detention Center           DEFENDANTS

ORDER

Unopposed recommendation, № 10, adopted.   FED. R. CIV. P. 72(b)

(1983 Addition to Advisory Committee Notes).  The motion for discovery,

№ 11, and the motion for a speedy trial, № 12, are denied as moot.   The

dismissal of this action counts as a "strike" for purposes of 28 U.S.C.

§ 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order

and accompanying Judgment will not be taken in good faith.   28 U.S.C.

§ 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2015