IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                       PLAINTIFF

v.                   No. 3:15-cv-91-DPM

JOEY MARTIN, Jail Administrator, Poinsett
County Detention Center; KIM MUSE,
Secretary, Poinsett County Detention Center;
and LARRY MILLS, Sheriff, Poinsett County
Detention Center                                      DEFENDANTS

JUDGMENT

Addison's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 June 2015